**IT IS ORDERED as set forth below:**

**Date: August 21, 2019**



_____
**Sage M. Sigler
U.S. Bankruptcy Court Judge**

_____

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | } | CASE NO. 19-57817-SMS |
| | } | |
| RICHARD BLUES GIBBS, JR., | } | CHAPTER 13 |
| | } | |
| DEBTOR. | } | |

### ORDER ON DEBTOR'S AMENDED MOTION TO IMPOSE STAY
### PURSUANT TO 11 U.S.C. § 362 (a)

This matter is before the court via the Debtors' "Amended Motion to Impose Stay" ("The Motion") which was filed in the above-styled Chapter 13 case on June 27, 2019, (Doc. No. 13). Upon notice, the matter was scheduled for hearing on July 23, 2019 at 2:15 PM. Present at the call of the calendar was counsel for the Debtor and the Staff Attorney for the Chapter 13 Trustee. No appearances were made by any other party-in-interest and no opposition was announced to the Motion and the matter was heard by the Court. Based upon the foregoing, the record in this case, and good cause shown:

**ORDERED** that the Motion is GRANTED: the stay as provided by 11 U.S.C. Section 362(a) is hereby imposed as to all creditors until terminated by statute.

### END OF DOCUMENT

Prepared and submitted by:
\_\_\_\_/s/_____
Howard P. Slomka
Attorney for Debtor
Georgia Bar No. 652875
Slipakoff & Slomka, PC
2859 Paces Ferry Road, SE
Suite 1700
Atlanta, GA 30339
se@myatllaw.com
(404) 800-4001

No Opposition:
/s/_*Signed with express permission*\_\_\_\_\_
K. Edward Safir, Esq.
Staff Attorney for Mary Ida Townson,
  Standing Chapter 13 Trustee
GA Bar No. 622149
285 Peachtree Center Ave., Suite 1600
Atlanta, GA 30303
EdS@atlch13tt.com
404-525-1110

## DISTRIBUTION LIST:

Richard Blues Gibbs, Jr.
P.O. Box 16173
Atlanta, GA 30321

Howard P. Slomka
Slipakoff & Slomka, PC
2859 Paces Ferry Road, SE
Suite 1700
Atlanta, GA 30339

Mary Ida Townson
Chapter 13 Trustee
Suite 2200
191 Peachtree Street, NE
Atlanta, GA 30303-1740

Credit Union Loan Source
1669 Phoenix Parkway
College Park, GA 30349

The Credit Union Loan Source
1669 Phoenix Pkwy, Ste 110
College Park, GA 30349
Attn: Karen Kitchens

LVNV Funding, LLC
Po Box 740281
Houston, TX 77274

LVNV Funding, LLC
c/o Resurgent Capital Services
PO Box 10587
Greenville, SC 29603-0587
Attn: David Lamb, Claims Processor

                        SEE ATTACHED FOR ADDITIONAL CREDITORS

```
Label Matrix for local noticing       Altisource                              Bank of America, N.A.
113E-1                                 c/o Leasing Manager                    P O Box 982284
Case 19-57817-sms                      1000 Abernathy Road, North Par         El Paso, TX 79998-2284
Northern District of Georgia           Bldg 400, ste 200
Atlanta                                Atlanta, GA 30328-5614
Tue Aug 20 15:54:48 EDT 2019

(p)BANK OF AMERICA                     (p)CAPITAL ONE                         Capital One Bank (USA), N.A.
PO BOX 982238                          PO BOX 30285                           by American InfoSource as agent
EL PASO TX 79998-2238                  SALT LAKE CITY UT 84130-0285           4515 N Santa Fe Ave
                                                                              Oklahoma City, OK 73118-7901


Capital One, N.A.                      Comenitybank/wayfair                   Credit One Bank Na
c/o Becket and Lee LLP                 Po Box 182789                          Po Box 98875
PO Box 3001                            Columbus, OH 43218-2789                Las Vegas, NV 89193-8875
Malvern PA 19355-0701


Credit Union Loan Sour                 Department of the Treasury             Dsnb Macys
1669 Phoenix Parkway                   Internal Revenue Service               Po Box 8218
College Park, GA 30349-5464            PO Box 7346                            Mason, OH 45040-8218
                                       Philadelphia, PA 19101-7346


Emmett L. Goodman, Jr. LLC             (p)GEORGIA DEPARTMENT OF REVENUE       Richard Blues Gibbs Jr.
544 Mulberry Street                    COMPLIANCE DIVISION                    P.O. Box 16173
Suite 800                              ARCS BANKRUPTCY                        Atlanta, GA 30321-0173
Macon, GA 31201-2776                   1800 CENTURY BLVD NE SUITE 9100
                                       ATLANTA GA 30345-3202


Internal Revenue Service               Kohls/capone                           LVNV Funding LLC
PO Box 7346                            N56 W 17000 Ridgewood Dr               Po Box 740281
Philadelphia, PA 19101-7346            Menomonee Falls, WI 53051-7096         Houston, TX 77274-0281


LVNV Funding, LLC                      National Credit System                 PRA Receivables Management, LLC
Resurgent Capital Services             3750 Naturally Fresh Blv               PO Box 41021
PO Box 10587                           Atlanta, GA 30349-2964                 Norfolk, VA 23541-1021
Greenville, SC 29603-0587


Quantum3 Group LLC as agent for        RealHome Services and Solution         Howard P. Slomka
Comenity Bank                          1000 Abernathy Rd NE #200              Slipakoff & Slomka, PC
PO Box 788                             Atlanta, GA 30328-5604                 Overlook III - Suite 1700
Kirkland, WA  98083-0788                                                      2859 Paces Ferry Rd, SE
                                                                              Atlanta, GA 30339-6213


Syncb Home                             Syncb/ashley Homestore                 Syncb/brandsmart
C/o Po Box 965036                      950 Forrer Blvd                        Po Box 965036
Orlando, FL 32896-0001                 Kettering, OH 45420-1469               Orlando, FL 32896-5036


Synchrony Bank                         The Credit Union Loan Source           Mary Ida Townson
c/o PRA Receivables Management, LLC    1669 Phoenix Pkwy, Ste 110              Chapter 13 Trustee
PO Box 41021                           Atlanta, GA 30349-5462                 Suite 1600
Norfolk, VA 23541-1021                                                        285 Peachtree Center Ave, NE
                                                                              Atlanta, GA 30303-1229
```

```
United States Attorney              Wells Fargo Bank, N.A.            Wf/dillard
Northern District of Georgia        P.O. Box 10438, MAC F8235-02F     Po Box 14517
75 Ted Turner Drive SW, Suite 600   Des Moines, IA  50306-0438        Des Moines, IA 50306-3517
Atlanta GA 30303-3309
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Bk Of Amer                          Capital One                       Georgia Department of Revenue
Po Box 982238                       15000 Capital One Dr              1800 Century Blvd
El Paso, TX 79998                   Richmond, VA 23238                Suite 17200
                                                                      Atlanta, GA 30345
```

End of Label Matrix
Mailable recipients    32
Bypassed recipients     0
Total                  32